■ The People of the State of New York, Respondent, v Anthony Elwood, Appellant. [849 NYS2d 775]—Judgment,

Supreme Court, New York County (Budd G. Goodman, J., at plea; Daniel P. FitzGerald, J., at sentence), rendered February 23, 2006, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 6½ years, unanimously modified, as a matter of discretion in the interest of justice, to reduce the sentence to a term of 5½ years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Tom, J.P., Saxe, Gonzalez, Buckley and Catterson, JJ.